UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH STEFANSKI,

    Defendant.

Criminal No. 07-20512

Honorable Sean F. Cox

**MOTION TO UNSEAL, INSPECT, PHOTOCOPY, AND RESEAL CERTAIN DOCUMENTS**

**NOW COMES** the United States of America, by and through its attorneys, Matthew Schneider, United States Attorney, and Kevin M. Mulcahy, Assistant United States Attorney, both for the Eastern District of Michigan, and respectfully requests that the Sealed Exhibits 3 and 4 re [21] Response to Motion (ECF No. 22), filed on or about October 1, 2020, in the above-entitled cause be temporarily unsealed for viewing and photocopying by the United States Attorney for the following reasons:

    1.    That the United States wishes to obtain an electronic copy of the exhibits with Page IDs, as the Defendant has filed an appeal and the United States wishes to reference parts of these exhibits in its appellate brief. Sealed Exhibits 3 and 4 re [21] Response to Motion

    (ECF No. 22), were filed under seal and entered on or about October 1, 2020.

2.    That because the exhibits are currently sealed, the above cannot be accomplished without the temporary unsealing of this document and its subsequent inspection, to include viewing and photocopying, by the United States Attorney's Office.

**WHEREFORE,** the government respectfully requests that said document, namely ECF No. 22, in this cause be unsealed for viewing and photocopying, and then resealed.

    Respectfully submitted,

    MATTHEW SCHNEIDER
    United States Attorney

    *s/Kevin M. Mulcahy*
    KEVIN M. MULCAHY
    JOHN N. O'BRIEN II
    Assistant United States Attorneys
    211 West Fort Street, Suite 2001
    Detroit, MI 48226
    (313) 226-9100

Dated: January 11, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH STEFANSKI,

    Defendant.

Criminal No. 07-20512

Honorable Sean F. Cox

## ORDER TO UNSEAL, INSPECT, PHOTOCOPY AND RESEAL CERTAIN DOCUMENTS

**IT IS HEREBY ORDERED** upon the motion of Assistant United States Attorney Kevin M. Mulcahy, the interest of justice warrants unsealing, viewing, photocopying, and resealing of documents filed on or about October 1, 2020 in the above-referenced matter and they are hereby **ORDERED** unsealed for examination by the United States Attorney's Office, to include photocopying, and are then to be resealed.

Dated: January 12, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge